In re: Ronald Wade COWAN, Debtor.

Todd S. Howard, Plaintiff—Appellant,

v.

R. Clinton Stackhouse, Defendant—
Appellee.

Todd S. Howard, Plaintiff,

and

Ronald Wade Cowan, Debtor—
Appellant,

v.

R. Clinton Stackhouse, Defendant—
Appellee.

Nos. 08–1453, 08–1454.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2009.

Decided: March 19, 2009.

Todd S. Howard, Ronald Wade Cowan, Appellants Pro Se. R. Clinton Stackhouse, Appellee Pro Se.

Before TRAXLER, KING, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Todd S. Howard and Ronald Wade Cowan appeal from the district court's order upholding the bankruptcy court's authorization of the bankruptcy trustee to sell two radio stations owned by Ronald Cowan's bankruptcy estate. Because that sale has been completed and the proceeds partially distributed, these appeals are moot. *See In re Stadium Mgt. Corp.,* 895 F.2d 845, 847 (1st Cir.1990) ("Absent a stay, the court must dismiss a pending appeal as moot because the court has no remedy that it can fashion even if it would have determined the issues differently."). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*